UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                        CASE NO: 06-31095
    TIMOTHY D HUMPHREYS                   (Chapter 13)
    ANITA L HUMPHREYS
                                   Debtors         JUDGE GUY R. HUMPHREY

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 64 | LOUISE BUSSARD<br>BOX 362<br>MEDWAY, OH 45341 | 45.00 |

                                                   /s/ Jeffrey M. Kellner
                                                   Jeffrey M. Kellner 0022205
                                                   Chapter 13 Trustee
                                                   131 N LUDLOW ST   SUITE 900
                                                   DAYTON, OH  45402-1161
                                                   (937)222-7600   Fax (937)222-7383
                                                   email: chapter13@dayton13.com

                                                   Dated: 3/22/2010

Certificate of Service                    06-31095

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| TIMOTHY D HUMPHREYS<br>ANITA L HUMPHREYS<br>13 DOGWOOD ROAD<br>MEDWAY, OH  45341 | CLAY L WOODS<br>1344 WOODMAN DRIVE<br>SUITE F<br>DAYTON, OH  45432 | (1020.1n)<br>BLUE VIEW CORP<br>BOX 261358<br>SAN DIEGO, CA  92196 |
| (1018.1n)<br>EMERSON R KECK<br>15 W FOURTH ST   STE 100<br>DAYTON, OH  45402 | (1019.1n)<br>JAMES E SWAIM<br>318 W FOURTH ST<br>DAYTON, OH  45402 | (1017.1n)<br>LINH TRAN<br>2101 FOURTH AVE<br>SUITE 900<br>SEATTLE, WA  98121 |
| (64.1)<br>LOUISE BUSSARD<br>BOX 362<br>MEDWAY, OH  45341 | (1016.1n)<br>RAYMOND J PIKNA<br>WOOD & LAMP LLP<br>600 VINE ST  #2500<br>CINCINNATI, OH  45202 | |

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner_____       cs